IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00109-LTB

LARRY BARNES,

    Plaintiff,

v.

MITCHELL R. MORRISSEY, in his individual capacity, District Attorney, City and Count
    of Denver,
GARY WILSON, in his individual capacity, Director, Denver Sheriff Department, and
DENVER SHERIFF DEPARTMENT,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 5, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 5 day of March, 2013.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk


        By: s/ S. Grimm
            Deputy Clerk